UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FIRST BANK AND TRUST | CIVIL ACTION |
| VERSUS | NUMBER: 18-5751 |
| GULF ENGINEERING CO., LLC, STUART VINT MASSIMINI, WILLIAM NICHOLAS MASSIMINI, and THE UNITED STATES OF AMERICA | SECTION: M (5) |

## RULE 54(b) JUDGMENT

In accordance with the Court's Order and Reasons granting the plaintiff's motion for summary judgment, R. Doc. 21, and,

The Court having found that there is no just reason for delay, and having directed the entry of final judgment; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of plaintiff First Bank and Trust and against defendant William Nicholas Massimini in the principal amount of $80,000.00, together with $1,335.00 in accrued interest and $314.00 in late charges as of April 24, 2018, and interest on the unpaid principal amount at the rate of 6.75% per annum form April 24, 2018, until paid in full, and reasonable attorney's fees and all other costs incurred in the prosecution of this matter; less a credit in the amount of $450.00 for partial payment made on April 27, 2018.

Judgment herein is a final judgment under the provisions of Rule 54(b) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 17th day of January 2019.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE